## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ADONIS JONES,

      Plaintiff,

v.


TIM HAINES, J. SWEENY, C/O MARTIN,
S/O McDANIEL, C/O ESSER PARISH),
LT. TOM, D.W. HERMANES,
SGT. RITCHNER, LT. SHANNON-SHARPE,
CAPTAIN FLANNERY and SGT. OVERBO,


      Defendants,

JUDGMENT IN A CIVIL CASE

14-cv-642-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

/s/                                     4/5/2018

---

Peter Oppeneer, Clerk of Court                   Date